# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF JEAN B. AUGUSTINE, DECEASED, ALCINDA A. NENSEL, NANCY PALMER AND SALLY A. LINT | : No. 37 WM 2018<br>:<br>:<br>:<br>: |
| v. | :<br>: |
| PETER C. AUGUSTINE AND DANIEL E. AUGUSTINE | :<br>:<br>: |
| PETITION OF: ALCINDA A. NENSEL, NANCY PALMER AND SALLY A. LINT | :<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.